Eastern District of Kentucky
**FILED**

MAR 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 7:25-cr-012-DLB
21 U.S.C. § 841(a)(1)

**GEORGE ANTHONY WALKER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 8, 2025, in Pike County, in the Eastern District of Kentucky,

**GEORGE ANTHONY WALKER**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **GEORGE ANTHONY WALKER** committed the offense charged in this count, **GEORGE ANTHONY WALKER** had a final conviction for a serious drug felony, namely, a conviction under Kentucky Revised Statutes § 218A.1412, Trafficking in Controlled Substance in the First Degree, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL

███████████████

FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**IF PRIOR SERIOUS DRUG FELONY OR SERIOUS VIOLENT FELONY CONVICTION:** Not less than 10 years nor more than life imprisonment, not more than an $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.